UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 08-911 (FSH) |
| HUGO NAVARRETE, | ORDER AUTHORIZING |
| Defendant. | RELEASE OF DEFENDANT ON BAIL |

AND NOW, this 15th day of September, 2009, upon the application of Hugo Navarrete, for release upon bail in this matter, and with the consent of the government, (Deborah Gannett, appearing) and of Pre-Trial Services, as per Kelly Domingues, it is hereby ORDERED that Mr. Navarrete is to be released upon the following conditions:

1. Mr. Navarrete is to be released upon a $100,000 unsecured appearance bond.

2. Mr. Navarrete is to be supervised by Pre-Trial Services.

3. Mr. Navarrete shall be placed on electronic monitoring and shall be confined to his residence at all times except for standard approved absences and as authorized by Pre-Trial Services or by this Court.

4. A co-signor approved by Pre-Trial Services is required.

5. Mr. Navarrete shall not apply for any travel documents.

6. Mr. Navarrete's travel shall be restricted to the District of New Jersey, the Southern District of Texas, or as otherwise authorized by Pre-Trial Services.

_____
Michael A. Shipp
United States Magistrate Judge